IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Teamsters Local Union No. 727** | : | |
| **Health & Welfare Fund, by and through its** | : | |
| **Board of Trustees, John T. Coli, Jr.,** | : | |
| **Stephanie Brinson, Michael DeGard,** | : | |
| **John McCarthy, Gregory T. Youmans,** | : | |
| **Carl S. Tominberg, and Robert Sheehy,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Teamsters Local Union No. 727 Legal** | : | Case No. 1:19-cv-123 |
| **& Educational Assistance Fund,** | : | |
| **by and through its Board of Trustees,** | : | Hon. Judge John J. Tharp Jr. |
| **John T. Coli, Jr., Stephanie Brinson,** | : | |
| **Michael DeGard, Nicholas Micaletti,** | : | |
| **John McCarthy, Gregory T. Youmans,** | : | |
| **Carl S. Tominberg, and Robert Sheehy,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | |
| **Illinois Department of Transportation,** | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT

Plaintiffs Teamsters Local Union No. 727 Health & Welfare Fund and Teamsters Local Union No. 727 Legal and Educational Assistance Fund and ("Plaintiffs"), by their undersigned counsel, submit this status report. Defendant Illinois Department of Transportation ("Defendant") was served on February 25, 2019 pursuant to Federal Rule of Civil Procedure 4(j) by serving the Governor of the State of Illinois with a copy of the Amended Complaint and exhibits. (*Dkt. No. 8*) To date, Defendant has failed to answer or file responsive pleading in this matter and Plaintiffs' counsel has not been contacted a representative of the Defendant.

    **I.**    **Nature of the Case.**

A. <u>Attorneys of record.</u> Plaintiffs are represented by Linda M. Martin of Willig, Williams & Davidson, William M. Tasch of Illinois Advocates, LLC and Cara M. Anthaney of Illinois Advocates, LLC. No attorney has filed an appearance on behalf of Defendant.

B. <u>Description of claim.</u> Plaintiffs, joint multi-employer employee benefit funds, initiated this action against Defendant under federal common law to obtain payment of interest and liquidated damages owed by Defendant for the late payment of contributions as required by the Plaintiff Funds' respective Trust Agreements. Additionally, pursuant to the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C §§ 1132 and 1145, the Plaintiff Funds seek to obtain the payment of delinquent contributions that may become due and owing during the pendency of this action plus interest, liquidated damages, attorneys' fees and costs associated with the collection of any delinquent contributions.

C. <u>Factual and Legal Issues.</u> The Defendant has been a party to successive collective bargaining agreements ("CBAs") with the Teamsters Local Union No. 700 ("Local 700") since August 27, 2013. Each of the CBAs contains provisions requiring the Defendant to pay contributions to the Funds on behalf of employees performing bargaining unit work. On August 26, 2015, the Plaintiffs and Defendant entered into a Participation Agreement which also governs the Defendant's obligation to pay contributions to the Plaintiff Funds.

The Funds' collection policy, established by the Funds' Boards of Trustees pursuant to their authority under the respective Trust Agreements, requires participating employers to complete and submit contribution reports to the Plaintiff Funds together with the contributions owed by a date certain. The collection policy also provides that should

contributions be submitted after the contribution due date; the employer is obligated to pay interest and liquidated damages based upon the amount of the contributions owed. Additionally, the respective Trust Agreements and the collection policy provides that should the Funds commence litigation to obtain the payment of delinquent contributions, the employer shall be obligated to pay to the Funds the delinquent contributions plus interest, liquidated damages, audit fees, attorneys' fees and costs. Defendant has failed and refused to pay interest and liquidated damages on late-paid contributions in violation of the respective Trust Agreements.

D.      <u>Description of relief sought.</u> Plaintiffs seek judgment in their favor and against Defendant for the payment of interest and liquidated damages owed for late-paid contributions, the full amount of any contributions found to be owed the Plaintiffs plus interest, liquidated damages and reasonable attorneys' fees and costs as provided under Section 502 of ERISA, 29 U.S.C. § 1132(g).

**II.    Jurisdiction.**

A.      <u>Basis for Federal Jurisdiction.</u>  As to the payment of interest and liquidated damages owed for late-paid contributions, Plaintiffs invoke the jurisdiction of this Court pursuant to federal common law, 28 U.S.C. §1331 and 28 U.S. Code §1367.  As to the payment of delinquent contributions that become due and owing during the pendency of this action, Plaintiffs invoke the jurisdiction of the Court under the Labor Management Relations Act of 1947, as amended ("LMRA"), 29 U.S.C. § 185 and ERISA, 29 U.S.C. §§ 1132 and 1145.

B.      <u>Diversity and Supplemental Jurisdiction.</u> There are no diversity or supplemental jurisdiction claims in this matter.

**III.     Status of Service.**

Defendant Illinois Department of Transportation, the sole defendant, was served on February 25, 2019 pursuant to Federal Rule of Civil Procedure 4(j) by serving the Governor of the State of Illinois with a copy of the Amended Complaint and exhibits. (*Dkt. No. 8)*

**IV.     Consent to Proceed Before a Magistrate Judge.**

None submitted as Plaintiffs intend to move for entry of default judgment.

**V.     Motions.**

A.     Pending Motions.  None. Plaintiffs intend to file a motion for entry of default judgment against Defendant.

B.     It is unknown at this time how Defendant intends to respond to the Amended Complaint, if at all, as the party has not filed an appearance to date.

**VI.     Status of Settlement Discussions.**

A.     None submitted as Plaintiffs intend to move for entry of default judgment and have not been contacted by the Defendant.

Respectfully submitted,

WILLIG, WILLIAMS & DAVIDSON

  s/ Linda M. Martin
LINDA M. MARTIN, ESQUIRE
*Lead Counsel*
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
Office          (215) 656-3665
Facsimile     (215) 561-5135
Email          lmartin@wwdlaw.com

ILLINOIS ADVOCATES, LLC

   s/ William Tasch_____
WILLIAM TASCH, ESQUIRE
77 W. Washington, Suite 2120
Chicago, IL 60602
Office        (312) 346-2052
Facsimile    (312) 492-4804
W. Tasch Email   William.Tasch@iladvocates.com

ILLINOIS ADVOCATES, LLC

   s/ Cara M. Anthaney_____
CARA ANTHANEY, ESQUIRE
77 W. Washington, Suite 2120
Chicago, IL 60602
Office        (312) 346-2052
Facsimile    (312) 492-4804
Email   cara.anthaney@iladvocates.com

*Counsel to Plaintiffs Teamsters Local Union No. 727 Benefit Funds and Trustees*

Dated: March 28, 2019