# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Teamsters Local Union No. 727 Health and Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:19−cv−00123

Honorable John J. Tharp Jr.

Illinois Department Of Transportation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 17, 2019:

MINUTE entry before the Honorable John J. Tharp, Jr:Parties agree to the following briefing schedule to defendant's motion to dismiss: plaintiffs' response is due by 6/20/19; defendant's reply is due by 7/11/19. Once the motion is fully briefed, the Court will rule via CM/ECF notice and set a future date as appropriate. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.